IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )      4:13CR3007
                              )
      v.                      )
                              )
ALEX M. CASTRO-FUNES,         )      ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion to seal (Filing No. 32). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. Its motion shall be filed under seal pending further order of the Court.

DATED this 11th day of August, 2014.

            BY THE COURT:

            /s/ Lyle E. Strom

            _____
            LYLE E. STROM, Senior Judge
            United States District Court